IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Kasey Lynne Shepard                                  Case No.: 16-41274

DEBTOR'S MOTION FOR PLAN MODIFICATION
TO ABATE PAYMENTS

COMES NOW the Debtor, by and through her attorney, Christopher W. Steffens, and moves the Court for an Order modifying the Chapter 13 Plan in this case to abate/suspend all plan payments due, but not yet paid, for the period through July 31, 2017.

In support of said Motion, Debtor would show the Court as follows:

1. Debtor requests suspension of payments for the following reason:
    a) Debtor got rehired at GDIT but start date isn't until July 31, 2017.
2. Plan payments need to resume by August 31, 2017.
3. Debtors understand if they fail to timely resume payments that the Trustee may submit an order of dismissal without further notice or hearing.
4. Even with this modification, Debtors would be able to complete obligations under the plan within the statutorily-required period. In the event an increase in the plan payment is required to accommodate this modification, Debtors consent in advance to such increase as is necessary.

WHEREFORE, Debtors pray that the Court grant this Motion for Plan Modification, and for such other and further relief as the Court deems just and equitable.

Dated July 6, 2017.

Respectfully submitted,

s/ Chris W. Steffens
Chris W Steffens #22149
Steffens Law, LLC
1275 SW Topeka Blvd Ste 300
Topeka, KS 66612-1852
Ph: 785.727.7700
Fax: 888.945.8220
csteffens@lawrencebankruptcy.com
Counsel for Debtor(s)